HUDSON AND MANHATTAN RAILROAD COMPANY, Respondent, *v.* HUMBOLDT EXPLORATION COMPANY et al., Defendants, and EDWIN H. SNYDER, Appellant.

*Hudson & Manhattan R. R. Co.* v. *Snyder,* 156 App. Div. 935, affirmed.
(Argued May 10, 1915; decided May 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

May 12, 1913, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover upon a promissory note. The defense of defendant Snyder was that he was an accommodation indorser on a note given without consideration in renewal of a note already merged in a judgment; *i. e.*, a former adjudication of and money judgment for the indebtedness.

*Jacob Landy* and *Isaac N. Miller* for appellant.

*Lansing P. Reed* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.